# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

In re: **Douglas Sterling Morris**
**Deanna Lynn Morris**

Debtor(s).

Bankruptcy Case No. **10-37329**

Chapter **13**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to **Bayview Loan Servicing**, in the amount of $ **2,714.10** was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that **Douglas Sterling Morris** (Claimant) now
**Deanna Lynn Morris**
claims the above monies in the application attached hereto,

IT IS ORDERD, that the Clerk of the Bankruptcy Court may pay the sum of

$ **2,714.10** to **Douglas Sterling Morris & Deanna Lynn Morris**.

------------END OF ORDER------------